UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>TORRES HYMON,<br><br>           Defendant. | )<br>) 2:03-cr-00350-LRH (LRL)<br>) 2:08-cv-00646-LRH<br>)<br>) ORDER<br>)<br>)<br>)<br>) |

Defendant having filed Motion to Vacate Pursuant to 28 U.S.C. § 2255 To Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (#1337[1]) and Addendum (#1342), and pursuant to Rule 5 of Section 2255 Proceedings,

IT IS HEREBY ORDERED that a responsive pleading shall be filed by the Government within 45 days of entry of this Order. The matter will then be submitted to the Court for decision.

IT IS SO ORDERED.

DATED this 10th day of July, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to court docket number.